UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC MALAKER, Individually and as Assignee of John Helfrich, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 09cv1140 |
| THE CINCINNATI INSURANCE COMPANY, | ) ) | Judge Amy J. St. Eve |
| Defendant. | ) ) | Magistrate Nolan |

**INITIAL JOINT STATUS REPORT**

1. **The Nature of the Case**

    A. Attorneys of record for each party are:

    1) Plaintiff:

        Robert T. Park – Lead Trial Attorney
        Snyder, Park & Nelson, P.C.
        1600 - 4th Avenue, Suite 200
        P.O. Box 3700
        Rock Island, IL 61201
        (309) 786-8497
        (309) 786-0463 (fax)

        Mark L. Karno
        Mark L. Karno & Associates
        33 N. LaSalle Street, Suite 3200
        Chicago, IL 60602
        (312) 701-0090
        (312) 701-0600 (fax)

    2) Defendant:

        Daniel G. Litchfield
        Hope G. Nightingale

1

>Nicholas D. Butovich
>Lichfield Cavo LLP
>30 W. Madison, Suite 300
>Chicago, IL 60606
>(312) 781-6669 (Litchfield)
>(312) 781-6614 (Nightingale)
>(312) 781-6573 (Butovich)
>(312) 781-6630 (fax)

B. Basis for federal jurisdiction:

Defendant removed this case from state court as provided by 28 U.S.C. § 1441, based on diversity of citizenship under 28 U.S.C. § 1332. The amount in controversy exceeds $75,000.

C. Nature of the claims asserted in the complaint:

Plaintiff's Assertions:

Plaintiff, ERIC MALAKER (Eric), sues individually and as assignee of John Helfrich (John). Individually, Eric seeks to collect a judgment entered in the Circuit Court of Ogle County, Illinois, against John, who was insured by defendant, THE CINCINNATI INSURANCE COMPANY (Cincinnati). As assignee, Eric seeks to recover amounts paid by John in his own defense in the Ogle County case, and in partial payment of the subject judgment.

As his insurer, Cincinnati had a duty to defend John against a complaint seeking damages potentially covered by his policy of insurance. Cincinnati denied John coverage for the original complaint. Later, an amended complaint was filed, alleging that John illegally detained Eric, which act was covered under Cincinnati's policy. Although attorneys for both Eric and John sent copies of the amended complaint to Cincinnati, the company did not acknowledge coverage or provide a defense for John, its insured.

Eric alleges that Cincinnati's failure to respond and defend was in violation of Insurance Code §155 and should obligate Cincinnati to pay the full amount of the judgment entered against its insured.

Defendant's Assertions:
Cincinnati denies all material allegations of the complaint. In particular, Cincinnati denies that there is any coverage owed here or that it had a duty to defend Helfrich in the underlying case. Thus, there is no estoppel from a breach of the defense duty. Furthermore, Cincinnati denies that, if liable, it would owe the amount of damages plaintiff seeks. Cincinnati's response to the complaint more fully states its positions.

D. Major legal and factual issues in the case:

1) Whether defendant, THE CINCINNATI INSURANCE COMPANY, had a duty to defend its insured, John Helfrich, in the Ogle County suit.
2) Whether defendant breached its duty to defend.
3) Whether defendant's actions violated Illinois Insurance Code §155.
4) Whether plaintiff, individually and as assignee of John Helfrich, is entitled to any damages on account of defendant's actions and, if so, in what amount.
5) Whether the insuring agreements and exclusions in the Cincinnati policies apply.
6) Whether the underlying consent judgment is reasonable and enforceable.

E. Relief sought by plaintiff:

Plaintiff seeks money damages of $5,100,000.00 plus 9% interest from December 3, 2008, being the amount awarded in the Ogle County suit.

2. **Pending Motions and Case Plan**

A. Pending Motions: None.

B. Proposed Discovery Plan:

1) Type of discovery needed: Written discovery and depositions.

2) Date for Rule 26(a)(1) disclosures: May 1, 2009

3) Fact discovery completion date: October 1, 2009

    4) Expert discovery completion date, including dates for the delivery of expert reports: Plaintiff will require no experts. Defendants' expert reports, if any, are due on October 15, 2009. Expert discovery is to be completed on or before November 15, 2009.

    5) Date for filing of dispositive motions: December 1, 2009

    6) Date for filing a final pretrial order: February 1, 2010

C. With respect to trial:

    1) Whether a jury trial is requested: Defendant reserves the right to demand a jury.

    2) The probable length of trial: 3 days.

    3) When the case will be ready for trial: February 1, 2010

3. **Consent to Proceed Before a Magistrate Judge**: The parties do not consent to proceed before a Magistrate Judge.

4. **Status of Settlement Discussions**

    A. Whether any settlement discussions have occurred: No settlement discussions have occurred.

    B. Status of any settlement discussions: Not applicable.

    C. Whether the parties request a settlement conference. The parties are willing to participate in a settlement conference.

ERIC MALAKER, Individually and as
Assignee of John Helfrich, Plaintiff

By:     s/Robert T. Park
    Robert T. Park

ARDC 02143585
SNYDER, PARK & NELSON, P.C.
Attorneys for Plaintiff

1600 - 4th Avenue, Suite 200
P.O. Box 3700
Rock Island, IL 61201
(309) 786-8497
(309) 786-0463 (fax)

Mark L. Karno
MARK L. KARNO & ASSOCIATES
Attorneys for Plaintiff
33 N. LaSalle Streets, Suite 3200
Chicago, IL 60602
(312) 701-0090
(312) 701-0600 (fax)


THE CINCINNATI INSURANCE COMPANY, Defendant


By:  s/Daniel G. Litchfield

Hope G. Nightingale (06184864)
Daniel G. Litchfield (6185695)
Nicholas D. Butovich (6277209)
Litchfield Cavo LLP
303 W. Madison, Suite 300
Chicago, IL 60606
312-781-6669 (Litchfield)
312-781-6614 (Nightingale)
312-781-6573 (Butovich)
312-781-6630 (fax)

5

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2009, I electronically filed the foregoing **Initial Joint Status Report** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Mark Leonard Karno**
Mark L. Karno & Associates
33 North LaSalle street
Suite 3200
Chicago , IL 60602
(312) 701-0090
Email: mlkarno@sbcglobal.net

**Robert Thomas Park**
Snyder, Park & Nelson, P.C.
1600 Fourth Avenue
Suite 200
Rock Island , IL 61201
(309) 786 8497

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Cincinnati Insurance Company


By:   /s/ Daniel G. Litchfield

Daniel G. Litchfield (6185695)
Hope G. Nightingale (6184864)
Nicholas D. Butovich (6277209)
LITCHFIELD CAVO LLP
303 W. Madison, Suite 300
Chicago, IL  60606
312-781-6669 (Litchfield)
312-781-6614 (Nightingale)
312-781-6573 (Butovich)
312-781-6630 (fax)